# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In Re:  Abdul R Rashad                                      Chapter 13

    xxx-xx-2677                                              Case No.  12-31904
Debtor.

## NOTICE OF INTENT TO ENTER INTO LOSS MITIGATION

    Comes now the Debtor, by and through counsel, and hereby notifies the Court of difficulty in meeting the contractual obligation with Nation Star Mortgage, 350 Highland, Lewisville, TX 75067, the mortgage servicer, or mortgagee on the homestead.  In good faith, the Debtor believes that the use of Loss Mitigation in order to modify the contractual terms will assist the Debtor in completing the Chapter 13 plan.  Debtor would further state that with consent of counsel, the above named Nation Star Mortgage or its agent, is hereby authorized to communicate directly with the Debtor, but is restricted solely to the subject matter of a possible workout, loss mitigation, or alternative corrective measures.

    Respectfully submitted,
**JIMMY E. MCELROY AND ASSOCIATES**

  /s/ Joseph D. Fox, B.P.R.No. 15809
Attorney for Debtor
200 Jefferson Ave., Suite 125
Memphis, TN  38103
Service to:                                              (901) 527 - 4110

Debtor
Debtor's Attorney
Case Trustee
All Entities on Matrix

### Certificate of Service

    I, Joseph D. Fox, attorney for Debtor, do hereby certify that I have this date served a true and correct copy on the parties as hereinabove indicated.

    So certified, this day 25 of February, 2014.

  /s/ Joseph D. Fox, B.P.R.No. 15809